JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector Arturo Garcia<br>　　　　Plaintiff,<br><br>v.<br><br>United States Department of Homeland Security, et al<br>　　　　Defendants. | Case No. 2:22-cv-08127-RGK-AGR<br><br>**ORDER ON NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

1 | The action is dismissed without prejudice.
2
3 | **IT IS SO ORDERED.**
4
5 | Dated: **February 7, 2023**
6 | _____
R. Gary Klausner
UNITED STATES DISTRICT JUDGE